**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, : :  :  Plaintiff, : v. : A.T. SYSTEMS ATLANTIC, INC. : :  Defendants. : | : : : : Civil Action No. 04-1303-GMS : : : |

### NOTICE OF SERVICE

    I, Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **March 1, 2005**, copies of the foregoing document:

    **COMMISSION'S REQUIRED DISCLOSURES PURSUANT
    TO FEDERAL RULE OF CIVIL PROCEDURE (26)(a)**

was served via Hand-Delivery, upon counsel at the following address:

**Barry M. Willoughby, Esquire**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6666

                                      COLM F. CONNOLLY
                                      United States Attorney

                           BY:    /s/ Douglas E. McCann
                                    Douglas E. McCann
                                    Assistant United States Attorney
                                    Delaware Bar I.D. No. 3852
                                    The Nemours Bldg.
                                    1007 Orange Street, Suite 700
                                    P. O. Box 2046
                                    Wilmington, DE 19899-2046
                                    (302) 573-6277

Dated: **March 1, 2005**