IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>A.T. SYSTEMS, INC.,<br>　　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 04-1303-GMS<br>)<br>)<br>) |

NOTICE OF SERVICE

I, Barry M. Willoughby, hereby certify that on March 4, 2005, I caused to be served two copies of **Defendant's Response to Plaintiff's First Set of Interrogatories** and **Defendant's Response to Plaintiff's First Request for Production of Documents, Defendant's Response to Plaintiff's (Revised) Request for Admissions (First Set)** and this Notice of Service, on the following:

<u>VIA HAND DELIVERY</u>
Douglas E. McCann, Esquire
Assistant United States Attorney
U.S. Department of Justice
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

<u>VIA FEDERAL EXPRESS</u>
M. Jean Clickner, Esquire
U.S. EEOC, Pittsburgh Area Office
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ B.W.*
Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
bwilloughby@ycst.com
Attorneys for Defendant

Dated: March 4, 2005