IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AT SYSTEMS ATLANTIC, INC. )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-1303 GMS |

To:   Barry M. Willoughby, Esquire
      Young Conaway Stargatt & Taylor, LLP
      The Brandywine Building, 17th Floor
      1000 West Street
      P.O. Box 391
      Wilmington, Delaware 19899-0391
      *Counsel for Defendant*

### COMMISSION'S FIRST NOTICE TO TAKE ORAL DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff, the United States Equal Employment Opportunity Commission, will take the oral depositions of those individuals listed on Attachment A at the offices of the United States Attorney, 1007 Orange Street, Suite 700, Wilmington, Delaware 19899-2046, before an officer authorized by law to administer oaths. The oral examinations will be taken at the times and dates listed, and will continue until completion.

The scope of the depositions will include an inquiry into all issues raised by the Commission's complaint, pleadings, and discovery heretofore filed and taken, in this matter. The

deposition will be used for all purposes permitted under the Federal Rules of Civil Procedure.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

BY: /s/ Douglas E. McCann
     DOUGLAS E. McCANN
     Assistant United States Attorney
     1007 Orange Street, Suite 700
     Wilmington, Delaware 19899-2046
     (302) 573-6277 x168
     DE BAR ID NO. 3852
     Attorney for Plaintiff
     douglas.mccann@usdoj.gov

     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

     Jacqueline H. McNair, Regional Attorney
     Judith O'Boyle, Supervisory Trial Attorney

BY: /s/ M. Jean Clickner
     M. Jean Clickner, Senior Trial Attorney
     Equal Employment Opportunity Commission
     1001 Liberty Avenue, Suite 300
     Pittsburgh, PA 15222-4187
     (412) 644-6439
     (412) 644-4935 (fax)

DATED: March 22, 2005

## ATTACHMENT A

| Name | Date | Time |
| --- | --- | --- |
| Gary Lake | April 6, 2005 | 9:00 a.m. |
| Kenneth Unitas | April 6, 2005 | 2:00 p.m. |
| Ronald Kocher | April 7, 2005 | 9:00 a.m. |

CERTIFICATE OF SERVICE

I, Douglas E. McCann hereby certify that I caused copies of the foregoing First Notice of Deposition to be filed this 22nd day of March, 2005 by CM/ECF on the following counsel:

Barry M. Willoughby, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*Attorneys for Defendant.*

Douglas E. McCann (#3852)