**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : | |
| v. | : : | Civil Action No.  04-1303-GMS |
| A.T. SYSTEMS ATLANTIC, INC. | : : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

    I, Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **March 24, 2005**, copies of the foregoing document:

**SECOND SUPPLEMENT TO COMMISSION'S RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

was served via Hand-Delivery, upon counsel at the following address:

**Barry M. Willoughby, Esquire**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6666
bwilloughby@ycst.com

                                        COLM F. CONNOLLY
                                        United States Attorney

                              BY:    /s/  Douglas E. McCann
                                        Douglas E. McCann
                                        Assistant United States Attorney
                                        Delaware Bar I.D. No. 3852
                                        The Nemours Bldg.
                                        1007 Orange Street, Suite 700
                                        P. O. Box 2046
                                        Wilmington, DE 19899-2046
                                        (302) 573-6277
                                        Douglas.McCann@usdoj.gov

Dated:  **March 24, 2005**