IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>A.T. SYSTEMS ATLANTIC, INC., )<br>)<br>Defendant. ) | C.A. No. 04-1303-GMS |

## NOTICE OF DEPOSITION

TO: Douglas E. McCann, Esquire
Assistant United States Attorney
U.S. Department of Justice
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

M. Jean Clickner, Esquire
U.S. EEOC, Pittsburgh Area Office
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222

PLEASE TAKE NOTICE that Defendant will take the oral deposition of Frank Sullivan on Tuesday, April 12, 2005 at 2:00 p.m., and continuing thereafter from hour-to-hour and day-to-day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Barry M. Willoughby_
Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6666
Attorneys for Defendants

Dated: March 31, 2005

## CERTIFICATE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on March 31, 2005, the foregoing Notice of Deposition was served via E-file and First Class Mail to:

Douglas E. McCann, Esquire
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

M. Jean Clickner, Esquire
U.S. EEOC, Pittsburgh Area Office
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222

_____
Barry M. Willoughby (ID No. 1016)

DATED: March 31, 2005

WP3:1051643.1                                                                063504.1001