IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>A.T. SYSTEMS ATLANTIC, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 04-1303 GMS<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

I, Barry M. Willoughby, hereby certify that on April 8, 2005, I caused to be served two copies of **Defendant's Response to Commission's Second Request for Production of Documents** and this Notice of Service, on the following:

<u>VIA HAND DELIVERY</u>
Douglas E. McCann, Esquire
Assistant United States Attorney
U.S. Department of Justice
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

<u>VIA FEDERAL EXPRESS</u>
M. Jean Clickner, Esquire
U.S. EEOC, Pittsburgh Area Office
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ B------

Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
bwilloughby@ycst.com
Attorneys for Defendant

Dated: April 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2005, I electronically filed a true and correct copy of **Defendant's Response to Commission's Second Request for Production of Documents** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**VIA HAND DELIVERY**
Douglas E. McCann, Esquire
Assistant United States Attorney
U.S. Department of Justice
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

M. Jean Clickner, Esquire
U.S. EEOC, Pittsburgh Area Office
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: bwilloughby@ycst.com
Attorneys for Defendant

Dated: April 8, 2005