IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>) | |
| Plaintiff, )<br>) | |
| ) | Civil Action No. 04-1303 GMS |
| v. )<br>) | |
| A.T. SYSTEMS ATLANTIC, INC. )<br>) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I, Barry M. Willoughby, hereby certify that on April 29, 2005, I caused to be served two copies of **Defendant's Response to Commission's Third Request for Production of Documents** and this Notice of Service, on the following:

VIA HAND DELIVERY
Douglas E. McCann, Esquire
Assistant United States Attorney
U.S. Department of Justice
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

VIA FEDERAL EXPRESS
M. Jean Clickner, Esquire
U.S. EEOC, Pittsburgh Area Office
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
_____
Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
bwilloughby@ycst.com
Attorneys for Defendant

Dated: April 29, 2005

CERTIFICATE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on April 29, 2005, copies of Defendant's Response to Commission's Third Request for Production of Documents were served on the following:

VIA HAND DELIVERY
Douglas E. McCann, Esquire
Assistant United States Attorney
U.S. Department of Justice
1007 Orange Street, Suite 700
Wilmington, DE 19899-2046

VIA FIRST CLASS MAIL
M. Jean Clickner, Esquire
U.S. EEOC, Pittsburgh Area Office
1001 Liberty Avenue, Suite 300
Pittsburgh, PA 15222

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6666
bwilloughby@ycst.com
Attorneys for Defendant

Dated: April 29, 2005