**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-1303-JJF |
| A.T. SYSTEMS ATLANTIC, INC. | : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and a member of the Bar of the United States District Court, hereby certify that on **May 9, 2005**, copies of the foregoing document:

**FIRST SUPPLEMENT TO COMMISSION'S REQUIRED DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE (26)(a)**

was served via Hand-Delivery, upon counsel at the following address:

**Barry M. Willoughby, Esquire**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6666

                                                COLM F. CONNOLLY
                                                United States Attorney

                                      BY:   /s/  Douglas E. McCann
                                                Douglas E. McCann
                                                Assistant United States Attorney
                                                Delaware Bar I.D. No. 3852
                                                The Nemours Bldg.
                                                1007 Orange Street, Suite 700
                                                P. O. Box 2046
                                                Wilmington, DE 19899-2046
                                                (302) 573-6277

Dated:  **May 9, 2005**