IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1303-GMS |
| | : | |
| A. T. SYSTEMS ATLANTIC, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **30th** day of **August, 2005**,

IT IS ORDERED that the mediation conference scheduled for Thursday, October 13, 2005 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE